**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

CHRISTOPHER RAY INGRAM                                                         PETITIONER

vs.                                                    CIVIL ACTION NO. 4:13-CV-62 HTW-LRA

COMMISSIONER CHRISTOPHER EPPS
AND WARDEN JOHNNY CROCKETT                                          RESPONDENTS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court and the court hereby dismisses plaintiff's claims against all defendants with prejudice for failure to state a claim under the defendants' grant of immunity.

**SO ORDERED AND ADJUDGED, this the 30th day of November , 2013.**

                                              s/ HENRY T. WINGATE
                                              UNITED STATES DISTRICT JUDGE